**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Ashley Lomison <br> <u>Debtor</u> | CHAPTER 13 |
| Lakeview Loan Servicing, LLC <br> <u>Movant</u> <br> vs. <br> Ashley Lomison <br> <u>Debtor</u> | NO. 14-18589 JKF |
| William C. Miller Esq. <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

**CERTIFICATE OF NO OBJECTION**

I, **Andrew F. Gornall**, Esquire, attorney for Movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by the Debtor or the Trustee.

**/s/ Andrew F. Gornall, Esquire**
Joshua I. Goldman, Esquire
Andrew F. Gornall, Esquire
Attorneys for Movant/Applicant